Winchel *et al. v.* Howard *et al.*

———◆◆◆———

No. 7478.

———◆◆◆———

No. 8163.

### WINCHEL ET AL. *v.* HOWARD ET AL.

From the Grant Circuit Court.

*J. L. Custer,* for appellants.
*J. F. McDowell* and *G. L. McDowell,* for appellees.

NEWCOMB, C.—The appellants filed their complaint to vacate and set aside an order for the taxation of costs, made at a preceding term of the

court, in a cause wherein the appellants were defendants and the appellee Howard was plaintiff. A denial was filed to the complaint, and on the issue thus made there was a finding and judgment for the appellee, over a motion by appellants for a new trial.

There is no bill of exceptions in the record, and consequently no question is presented by the appeal.

The judgment should be affirmed.

PER CURIAM.—It is therefore ordered, upon the foregoing opinion, that the judgment below be, and it is hereby, in all things affirmed, at the costs of the appellants.